TENTATIVE RULING

ISSUED BY JUDGE LAURA S. TAYLOR


Adversary Case Name:     KRYSTAL ANNE MEDINA v. NATIONAL COLLEGIATE STUDENT LOAN TRUST 2

Adversary Number:  19-90065

Case Number:            17-05276-LT7

Hearing:            09:30 AM  Thursday, September 19, 2019

Motion:     PRE-TRIAL STATUS CONFERENCE (fr 9/12/19)

Hear as to status.