# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### *Hearing Information:*

| | |
|---|---|
| **ADV:** | 19-90065 |
| | **KRYSTAL ANNE MEDINA VS NATIONAL COLLEGIATE STUDENT LOAN TRUST 2** |
| **Debtor:** | CESAR & KRYSTAL ANNE MEDINA |
| **Case Number:** | 17-05276-LT7   **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, SEPTEMBER 19, 2019 09:30 AM   DEPARTMENT 3 |
| **Bankruptcy Judge:** | LAURA S. TAYLOR |
| **Courtroom Clerk:** | SHAWNA ZUCCONI |
| **Reporter / ECR:** | SUE ROSS |

### *Matter:*

PRE-TRIAL STATUS CONFERENCE (fr 9/12/19)

### *Appearances:*

CHRISTOPHER R. BUSH, ATTORNEY FOR KRYSTAL ANNE MEDINA
HOLLY NOLAN, ATTORNEY FOR NATIONAL COLLEGIATE STUDENT LOAN TRUST 2

### *Disposition:*

Continued to 12/04/19 at 11:00 a.m.

Deadline to add parties and amend documents is 10/16/19.

Discovery cut-off set as 3/18/20.

Initial Rule 26 exchanges will be done as agreed upon by the parties as set forth on the record.

Scheduling Order to be entered by the Court.