# NOTE DISCLOSURE STATEMENT

$ __33,149.17__
Loan No. ▮▮▮▮▮▮▮

Borrower(s): __KRYSTAL A SHIRLEY__
__RONNIE L SHIRLEY SR__

Student: __KRYSTAL A SHIRLEY__
Date: __June 20, 2006__

KRYSTAL A SHIRLEY
6030 FLIPPER DR
SAN DIEGO, CA 92114  USA

Lender Name and Address:
__BANK ONE (JP MORGAN CHASE BANK, N.A.)__
__100 EAST BROAD STREET__
__COLUMBUS, OH 43125__

This disclosure statement relates to your Loan Note disbursed on   June 20, 2006.
Because your Loan is either being disbursed or entering repayment, or the repayment terms are being modified, the following information about your Loan is being given to you.

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments scheduled. |
|---|---|---|---|
| 12.060 % | $ 64,519.20 | $ 30,000.00 | $ 94,519.20 |

Your payment schedule will be:

| Number of Payments | Amount of Payments | When Payments are due |
|---|---|---|
| 240 | $ 393.83 | On the 30th day of each month beginning 12/2007 |

**VARIABLE RATE:** The Annual Percentage Rate, which is based on an index plus a margin, may increase during the term of the loan if the index rate increases. The Index is (check one):

☐ **Prime Rate Index Adjusted Monthly** - The highest U.S. bank prime rate published in the "Money Rates" section of The Wall Street Journal (Eastern Edition) on the last business day of each calendar month.

☐ **Prime Rate Index Adjusted Quarterly** - The highest U.S. bank prime rate published in the "Money Rates" section of The Wall Street Journal (Eastern Edition) on the last business day of each calendar quarter.

☐ **LIBOR Index Adjusted Quarterly** - The average of the one-month London Interbank Offered Rates published in the "Money Rates" section of The Wall Street Journal (Eastern Edition) on the first business day of each of the three (3) calendar months immediately preceding the first day of each calendar quarter.

☒ **LIBOR Index Adjusted Monthly** - The one-month London Interbank Offered Rate published in the "Money Rates" section of The Wall Street Journal (Eastern Edition) on the first business day of each calendar month.

Any increase in the index and the Annual Percentage Rate which occurs while principal payments are deferred will increase the amount of any current and all future payments. Any increase in the index and the Annual Percentage Rate which occurs while principal and interest payments are deferred will increase the amount of all future payments. Any increase in the index and the Annual Percentage Rate which occurs after you have begun to make principal and interest payments on your loan will increase the amount of your future principal and interest payments beginning with your next annual payment adjustment date. For example, assume you obtain a loan in your junior year, in the amount of $10,000, at an interest rate of 11%, and you defer principal and interest payments until after your graduation, and the repayment term of the loan is 20 years. If the interest rate increased to 12% on January 1st of your senior year, the interest which accrues while principal and interest payments are deferred will increase by $91.01, and your monthly principal and interest payments would increase by $9.37.

**LATE CHARGES:** If a payment is more than 15 days late, you may be charged $5.00 or 5% of the payment, whichever is less. If you default, Lender (or any subsequent holder or any subsequent holder of your Loan Note) may increase the margin used to compute the Annual Percentage Rate by two percentage points (2%).
**PREPAYMENT:** If you pay off early, you will not have to pay a penalty.

**Estimates:** All numerical disclosures except the late payment disclosure are estimates.

See your contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, any security interest and prepayment refunds and penalties.

Principal Amount of Note (Amount Financed plus Prepaid Finance Charge)   $ __33,149.17__

Itemization of Amount Financed
Amount paid to   KRYSTAL A SHIRLEY and              $ _____
Amount paid to   SAN DIEGO CULINARY INSTITUTE   $ __30,000.00__
Total Amount Financed                                             $ __30,000.00__

Itemization of Prepaid Finance Charge
  Origination Fee                               $ __3,149.17__
  Total Prepaid Finance Charge(s)   $ __3,149.17__

CS\TRAJ 643 9736 333         EOXCDF   Education One Cel         File Copy

**EXHIBIT "A"**