```
   ITS2C*****1243;;              AES/PA        VTAM NAE9         TSX2D
 DATE 08/10/18 17:23:45    LOAN FINANCIAL ACTIVITY        PAGE  1 OF 16

 BORROWER SSN: ***-**-1243  NAME: MEDINA, KRYSTAL A
 1ST DISB: 06/20/06  LN SEQ: 0001  LN PGM: CELN      OWN: 122962QT-NCT
 GUARANTOR: TERI - DTC            CUST ACCT:  LT10   ORIG BAL: 33,149.17
 BOND ISSUE: NCT20063  PD AHEAD:     STATUS: ACTIVE   CURR BAL:     0.00

        REV   EFFECTIVE   POSTED     TRAN       TRAN      INTEREST    PRINCIPAL
        REA     DATE       DATE      TYPE      AMOUNT     ACCRUED      BALANCE
    1         08/02/18   08/02/18    5003A      35.00CR     0.00         0.00
    2         08/01/18   08/01/18    1030A   25,727.60CR   68.00         0.00
    3         07/19/18               2601A       5.00     156.21     24,638.37
    4         06/19/18               2601A       5.00     160.02     24,638.37
    5         05/19/18               2601A       5.00     152.81     24,638.37
    6         04/19/18               2601A       5.00     154.47     24,638.37
    7         03/19/18               2601A       5.00     138.40     24,638.37
    8         02/19/18               2601A       5.00     151.29     24,638.37
    9         01/19/18               2601A       5.00     105.38     24,638.37
   10         12/28/17   12/28/17    1010C     290.00CR   42.46     24,638.37

        SELECTION __

 F1=HELP   F3=EXIT   F5=RFR   F7=BKWD   F8=FWD   F9=PRT   F12=CAN
```

**EXHIBIT "A-2"**

```
   ITS2C*****1243;;                  AES/PA         VTAM NAE9         TSX2D
 DATE 08/10/18 17:23:50     LOAN FINANCIAL ACTIVITY         PAGE  2 OF 16


 BORROWER SSN: ***-**-1243  NAME: MEDINA, KRYSTAL A
 1ST DISB: 06/20/06 LN SEQ: 0001  LN PGM: CELN      OWN: 122962QT-NCT
 GUARANTOR: TERI - DTC            CUST ACCT:  LT10  ORIG BAL:  33,149.17
 BOND ISSUE: NCT20063   PD AHEAD:      STATUS: ACTIVE    CURR BAL:      0.00
```

|  | REV REA | EFFECTIVE DATE | POSTED DATE | TRAN TYPE | TRAN AMOUNT | INTEREST ACCRUED | PRINCIPAL BALANCE |
|---|---|---|---|---|---|---|---|
| 1 |  | 12/19/17 |  | 2601A | 5.00 | 221.56 | 24,638.37 |
| 2 |  | 11/02/17 | 11/03/17 | 1010C | 9.35CR | 32.98 | 24,638.37 |
| 3 |  | 10/26/17 | 10/26/17 | 1010C | 280.00CR | 165.67 | 24,638.37 |
| 4 |  | 09/21/17 | 09/22/17 | 1010C | 570.18CR | 9.61 | 24,752.70 |
| 5 |  | 09/19/17 |  | 2601A | 5.00 | 163.37 | 25,144.90 |
| 6 |  | 08/16/17 | 08/18/17 | 1010C | 280.00CR | 124.39 | 25,144.90 |
| 7 |  | 07/21/17 | 07/21/17 | 1010C | 282.49CR | 9.47 | 25,300.51 |
| 8 |  | 07/19/17 |  | 2601A | 5.00 | 174.50 | 25,394.03 |
| 9 |  | 06/12/17 | 06/12/17 | 1010C | 280.00CR | 197.44 | 25,394.03 |
| 10 |  | 05/01/17 | 05/01/17 | 1010C | 280.32CR | 78.21 | 25,476.59 |

```
           SELECTION __


 F1=HELP  F3=EXIT  F5=RFR  F7=BKWD  F8=FWD  F9=PRT  F12=CAN
```

```
    ITS2C*****1243;;              AES/PA         VTAM NAE9        TSX2D
  DATE 08/10/18 17:23:51     LOAN FINANCIAL ACTIVITY       PAGE  3 OF 16


  BORROWER SSN: ***-**-1243  NAME: MEDINA, KRYSTAL A
  1ST DISB: 06/20/06 LN SEQ: 0001  LN PGM: CELN    OWN: 122962QT-NCT
  GUARANTOR: TERI - DTC            CUST ACCT: LT10  ORIG BAL:  33,149.17
  BOND ISSUE: NCT20063   PD AHEAD:      STATUS: ACTIVE    CURR BAL:      0.00


         REV  EFFECTIVE   POSTED     TRAN      TRAN      INTEREST    PRINCIPAL
         REA     DATE      DATE      TYPE     AMOUNT     ACCRUED      BALANCE
      1       04/14/17   04/14/17   1010C    281.00CR    134.08     25,678.70
      2       03/16/17   03/17/17   1010C    281.00CR    125.41     25,825.62
      3       02/17/17   02/20/17   1010C    277.00CR    206.30     25,981.21
      4       01/03/17   01/03/17   1010C    267.00CR    157.26     26,051.91
      5       11/29/16   11/29/16   1010C    280.00CR     49.81     26,161.65
      6       11/18/16   11/18/16   1010C    280.00CR     73.02     26,391.84
      7       11/02/16   11/02/16   1010C    280.00CR     63.97     26,598.82
      8       10/19/16              2601A      5.00      136.90     26,672.95
      9       09/19/16   09/19/16   1010C    280.00CR    128.04     26,672.95
     10       08/22/16   08/22/16   1010C    280.00CR     13.71     26,824.91


           SELECTION __


  F1=HELP  F3=EXIT  F5=RFR  F7=BKWD  F8=FWD  F9=PRT  F12=CAN
```

```
   ITS2C*****1243;;                    AES/PA         VTAM NAE9        TSX2D
 DATE 08/10/18 17:23:51      LOAN FINANCIAL ACTIVITY        PAGE  4 OF 16


 BORROWER SSN: ***-**-1243  NAME: MEDINA, KRYSTAL A
 1ST DISB: 06/20/06 LN SEQ: 0001  LN PGM: CELN      OWN: 122962QT-NCT
 GUARANTOR: TERI - DTC            CUST ACCT: LT10   ORIG BAL:   33,149.17
 BOND ISSUE: NCT20063  PD AHEAD:     STATUS: ACTIVE    CURR BAL:       0.00


        REV   EFFECTIVE   POSTED     TRAN        TRAN       INTEREST      PRINCIPAL
        REA     DATE       DATE      TYPE       AMOUNT      ACCRUED        BALANCE
    1           08/19/16              2601A        5.00       178.34      26,907.86
    2           07/11/16   07/11/16   1010C      272.69CR      78.14      26,907.86
    3           06/24/16   06/27/16   1010C      275.00CR      23.02      27,102.41
    4           06/19/16              2601A        5.00       124.32      27,225.07
    5           05/23/16   05/23/16   1010C      270.00CR      18.51      27,225.07
    6           05/19/16              2601A        5.00       101.83      27,369.73
    7           04/27/16   04/27/16   1010C      290.00CR      37.10      27,369.73
    8           04/19/16              2601A        5.00       194.61      27,423.02
    9           03/08/16   03/08/16   1010C      280.00CR      32.70      27,423.02
   10           03/01/16   03/01/16   1010C      255.00CR      51.54      27,670.32


           SELECTION __


 F1=HELP  F3=EXIT  F5=RFR  F7=BKWD  F8=FWD  F9=PRT  F12=CAN
```

```
   ITS2C*****1243;;              AES/PA         VTAM NAE9        TSX2D
DATE 08/10/18 17:23:52     LOAN FINANCIAL ACTIVITY       PAGE  5 OF 16


BORROWER SSN: ***-**-1243  NAME: MEDINA, KRYSTAL A
1ST DISB: 06/20/06 LN SEQ: 0001  LN PGM: CELN      OWN: 122962QT-NCT
GUARANTOR: TERI - DTC            CUST ACCT:  LT10  ORIG BAL:  33,149.17
BOND ISSUE: NCT20063   PD AHEAD:      STATUS: ACTIVE    CURR BAL:      0.00
```

|    | REV REA | EFFECTIVE DATE | POSTED DATE | TRAN TYPE | TRAN AMOUNT | INTEREST ACCRUED | PRINCIPAL BALANCE |
|----|---------|----------------|-------------|-----------|-------------|------------------|-------------------|
| 1  |         | 02/19/16       |             | 2601A     | 5.00        | 116.14           | 27,752.64         |
| 2  |         | 01/25/16       | 01/25/16    | 1010C     | 280.00CR    | 27.31            | 27,752.64         |
| 3  |         | 01/19/16       |             | 2601A     | 5.00        | 181.55           | 27,818.78         |
| 4  |         | 12/10/15       | 12/10/15    | 1010C     | 280.00CR    | 45.66            | 27,818.78         |
| 5  |         | 11/30/15       | 11/30/15    | 1010C     | 231.00CR    | 50.33            | 28,053.12         |
| 6  |         | 11/19/15       |             | 2601A     | 5.00        | 155.59           | 28,073.20         |
| 7  |         | 10/16/15       | 10/16/15    | 1010C     | 280.00CR    | 201.69           | 28,073.20         |
| 8  |         | 09/02/15       | 09/02/15    | 1010C     | 280.00CR    | 69.23            | 28,151.51         |
| 9  |         | 08/18/15       | 08/18/15    | 1010C     | 280.00CR    | 244.65           | 28,362.28         |
| 10 |         | 06/26/15       | 06/26/15    | 1010C     | 280.00CR    | 78.98            | 28,397.63         |

```
        SELECTION __


F1=HELP  F3=EXIT  F5=RFR  F7=BKWD  F8=FWD  F9=PRT  F12=CAN
```

```
    ITS2C*****1243;;              AES/PA         VTAM NAE9        TSX2D
 DATE 08/10/18 17:23:52    LOAN FINANCIAL ACTIVITY       PAGE  6 OF 16


 BORROWER SSN: ***-**-1243  NAME: MEDINA, KRYSTAL A
 1ST DISB: 06/20/06 LN SEQ: 0001  LN PGM: CELN     OWN: 122962QT-NCT
 GUARANTOR: TERI - DTC            CUST ACCT: LT10  ORIG BAL:   33,149.17
 BOND ISSUE: NCT20063  PD AHEAD:    STATUS: ACTIVE   CURR BAL:       0.00
```

|   | REV REA | EFFECTIVE DATE | POSTED DATE | TRAN TYPE | TRAN AMOUNT | INTEREST ACCRUED | PRINCIPAL BALANCE |
|---|---|---|---|---|---|---|---|
| 1 |   | 06/09/15 | 06/09/15 | 1010C | 280.00CR | 200.31 | 28,598.65 |
| 2 |   | 04/27/15 | 04/27/15 | 1010C | 280.00CR | 163.46 | 28,678.34 |
| 3 |   | 03/23/15 | 03/23/15 | 1010C | 280.00CR |  65.85 | 28,794.88 |
| 4 |   | 03/09/15 | 03/09/15 | 1010C | 190.00CR | 197.46 | 29,001.57 |
| 5 |   | 01/26/15 | 01/26/15 | 1010C | 280.00CR | 113.15 | 29,001.57 |
| 6 |   | 01/02/15 | 01/02/15 | 1010C | 280.00CR | 151.78 | 29,168.42 |
| 7 |   | 12/01/14 | 12/01/14 | 1010C | 280.00CR | 133.48 | 29,296.64 |
| 8 |   | 11/03/14 | 11/03/14 | 1010C | 280.00CR | 134.14 | 29,443.16 |
| 9 |   | 10/06/14 | 10/06/14 | 1010C | 280.00CR | 134.80 | 29,589.02 |
| 10 |  | 09/08/14 | 09/08/14 | 1010C | 280.00CR | 149.90 | 29,734.22 |

```
        SELECTION __


 F1=HELP  F3=EXIT  F5=RFR  F7=BKWD  F8=FWD  F9=PRT  F12=CAN
```

```
   ITS2C*****1243;;                AES/PA           VTAM NAE9          TSX2D
 DATE 08/10/18 17:23:53       LOAN FINANCIAL ACTIVITY         PAGE   7 OF 16


 BORROWER SSN: ***-**-1243   NAME: MEDINA, KRYSTAL A
 1ST DISB: 06/20/06 LN SEQ: 0001  LN PGM: CELN       OWN: 122962QT-NCT
 GUARANTOR: TERI - DTC            CUST ACCT:  LT10   ORIG BAL:   33,149.17
 BOND ISSUE: NCT20063   PD AHEAD:      STATUS: ACTIVE     CURR BAL:       0.00


        REV   EFFECTIVE   POSTED     TRAN        TRAN      INTEREST    PRINCIPAL
        REA      DATE      DATE      TYPE       AMOUNT     ACCRUED      BALANCE
   1           08/08/14   08/08/14   1010C      280.00CR    184.08     29,864.32
   2           07/01/14   07/01/14   1010C      280.00CR    102.30     29,960.24
   3           06/10/14   06/10/14   1010C      280.00CR    190.55     30,137.94
   4           05/02/14   05/02/14   1010C      280.00CR      9.86     30,227.39
   5           04/30/14   04/30/14   1010C      280.00CR     54.35     30,497.53
   6           04/19/14              2601A        5.00      197.67     30,520.51
   7           03/10/14   03/10/14   1010C      280.00CR    208.32     30,520.51
   8           01/27/14   01/27/14   1010C      280.00CR    139.56     30,592.19
   9           12/30/13   12/30/13   1010C      280.00CR     70.26     30,732.63
  10           12/16/13   12/16/13   1010C      245.00CR    131.05     30,942.37


           SELECTION __


 F1=HELP   F3=EXIT   F5=RFR   F7=BKWD   F8=FWD   F9=PRT   F12=CAN
```

```
   ITS2C*****1243;;              AES/PA         VTAM NAE9         TSX2D
 DATE 08/10/18 17:23:54    LOAN FINANCIAL ACTIVITY         PAGE  8 OF 16


 BORROWER SSN: ***-**-1243  NAME: MEDINA, KRYSTAL A
 1ST DISB: 06/20/06 LN SEQ: 0001  LN PGM: CELN     OWN: 122962QT-NCT
 GUARANTOR: TERI - DTC            CUST ACCT: LT10  ORIG BAL:  33,149.17
 BOND ISSUE: NCT20063   PD AHEAD:      STATUS: ACTIVE   CURR BAL:      0.00
```

| | REV REA | EFFECTIVE DATE | POSTED DATE | TRAN TYPE | TRAN AMOUNT | INTEREST ACCRUED | PRINCIPAL BALANCE |
|---|---|---|---|---|---|---|---|
| 1 | | 11/20/13 | 11/20/13 | 1010C | 280.00CR | 5.05 | 31,056.32 |
| 2 | | 11/19/13 | | 2601A | 5.00 | 232.37 | 31,093.90 |
| 3 | | 10/04/13 | 10/04/13 | 1010C | 280.00CR | 127.10 | 31,093.90 |
| 4 | | 09/09/13 | 09/09/13 | 1010C | 280.00CR | 173.48 | 31,246.80 |
| 5 | | 08/06/13 | 08/06/13 | 1010C | 280.00CR | 77.03 | 31,353.32 |
| 6 | | 07/22/13 | 07/22/13 | 1010C | 280.00CR | 15.43 | 31,556.29 |
| 7 | | 07/19/13 | | 2601A | 5.00 | 195.71 | 31,620.15 |
| 8 | | 06/11/13 | 06/11/13 | 1010C | 280.00CR | 237.42 | 31,620.15 |
| 9 | | 04/26/13 | 04/26/13 | 1010C | 280.00CR | 88.27 | 31,662.73 |
| 10 | | 04/09/13 | 04/09/13 | 1010C | 280.00CR | 203.00 | 31,854.46 |

```
           SELECTION __


 F1=HELP  F3=EXIT  F5=RFR  F7=BKWD  F8=FWD  F9=PRT  F12=CAN
```

```
   ITS2C*****1243;;                AES/PA         VTAM NAE9        TSX2D
DATE 08/10/18 17:23:54     LOAN FINANCIAL ACTIVITY         PAGE  9 OF 16


BORROWER SSN: ***-**-1243  NAME: MEDINA, KRYSTAL A
1ST DISB: 06/20/06 LN SEQ: 0001  LN PGM: CELN     OWN: 122962QT-NCT
GUARANTOR: TERI - DTC             CUST ACCT:  LT10   ORIG BAL:  33,149.17
BOND ISSUE: NCT20063   PD AHEAD:      STATUS: ACTIVE    CURR BAL:      0.00


         REV  EFFECTIVE   POSTED    TRAN       TRAN     INTEREST   PRINCIPAL
         REA    DATE       DATE     TYPE      AMOUNT    ACCRUED     BALANCE
    1          03/01/13   03/01/13  1010C     280.00CR    94.39    31,931.46
    2          02/11/13   02/11/13  1010C     280.00CR   105.42    32,117.07
    3          01/22/13   01/22/13  1010C     280.00CR    15.81    32,282.48
    4          01/19/13             2601A       5.00     268.36    32,282.48
    5          11/29/12   11/29/12  1010C     280.00CR    84.61    32,282.48
    6          11/13/12   11/13/12  1010C     280.00CR   133.04    32,477.87
    7          10/19/12             2601A       5.00     155.26    32,624.83
    8          10/19/12   10/22/12  1010C     263.00CR     0.00    32,624.83
    9          09/20/12   09/20/12  1010C     280.00CR     5.38    32,727.57
   10          09/19/12             2601A       5.00     177.54    32,819.65


         SELECTION __


F1=HELP  F3=EXIT  F5=RFR  F7=BKWD  F8=FWD  F9=PRT  F12=CAN
```

```
   ITS2C*****1243;;                AES/PA        VTAM NAE9       TSX2D
 DATE 08/10/18 17:23:55     LOAN FINANCIAL ACTIVITY      PAGE 10 OF 16


 BORROWER SSN: ***-**-1243  NAME: MEDINA, KRYSTAL A
 1ST DISB: 06/20/06 LN SEQ: 0001  LN PGM: CELN     OWN: 122962QT-NCT
 GUARANTOR: TERI - DTC             CUST ACCT:  LT10  ORIG BAL:  33,149.17
 BOND ISSUE: NCT20063  PD AHEAD:    STATUS: ACTIVE     CURR BAL:      0.00


        REV  EFFECTIVE  POSTED    TRAN     TRAN      INTEREST    PRINCIPAL
        REA    DATE      DATE     TYPE    AMOUNT     ACCRUED      BALANCE
    1        08/17/12  08/17/12  1010C   280.00CR    247.46      32,819.65
    2        07/02/12  07/02/12  1010C   280.00CR    204.77      32,852.19
    3        05/25/12  05/25/12  1010C   260.00CR    129.84      32,927.42
    4        05/01/12  05/01/12  1010C   280.00CR    173.72      33,057.58
    5        03/30/12  03/30/12  1010C   280.00CR     82.15      33,163.86
    6        03/15/12  03/15/12  1010C   280.00CR    285.95      33,355.76
    7        01/23/12  01/23/12  1010C   280.00CR    148.69      33,355.76
    8        12/27/11  12/27/11  1010C   275.00CR    149.17      33,487.07
    9        11/30/11  11/30/11  1010C   270.00CR    182.43      33,612.90
   10        10/28/11  10/28/11  1010C   270.00CR     77.61      33,700.47


         SELECTION __


 F1=HELP  F3=EXIT  F5=RFR  F7=BKWD  F8=FWD  F9=PRT  F12=CAN
```

```
   ITS2C*****1243;;                 AES/PA          VTAM NAE9          TSX2D
 DATE 08/10/18 17:23:55    LOAN FINANCIAL ACTIVITY         PAGE 11 OF 16


 BORROWER SSN: ***-**-1243  NAME: MEDINA, KRYSTAL A
 1ST DISB: 06/20/06 LN SEQ: 0001  LN PGM: CELN      OWN: 122962QT-NCT
 GUARANTOR: TERI - DTC            CUST ACCT:   LT10  ORIG BAL:   33,149.17
 BOND ISSUE: NCT20063   PD AHEAD:      STATUS: ACTIVE    CURR BAL:       0.00


          REV   EFFECTIVE   POSTED     TRAN        TRAN      INTEREST      PRINCIPAL
          REA     DATE       DATE      TYPE       AMOUNT     ACCRUED        BALANCE
     1          10/14/11   10/14/11    1010C      280.00CR    155.37       33,892.86
     2          09/16/11   09/16/11    1010C      280.00CR    232.83       34,017.49
     3          08/05/11   08/05/11    1010C      275.00CR    211.11       34,064.66
     4          06/28/11   06/28/11    1010C      280.00CR    100.57       34,128.55
     5          06/10/11   06/10/11    1010C      270.00CR    359.59       34,218.39
     6          04/07/11   04/07/11    1010C      280.00CR     79.34       34,218.39
     7          03/24/11   03/24/11    1010C      280.00CR    136.58       34,419.05
     8          02/28/11   02/28/11    1010C      280.00CR     57.19       34,562.47
     9          02/18/11   02/18/11    1010C      250.00CR    297.39       34,737.89
    10          12/28/10   12/28/10    1010C      287.00CR     80.42       34,737.89


            SELECTION __


 F1=HELP   F3=EXIT   F5=RFR   F7=BKWD   F8=FWD   F9=PRT   F12=CAN
```

```
   ITS2C*****1243;;                   AES/PA          VTAM NAE9         TSX2D
DATE 08/10/18 17:23:56       LOAN FINANCIAL ACTIVITY         PAGE 12 OF 16


BORROWER SSN: ***-**-1243  NAME: MEDINA, KRYSTAL A
1ST DISB: 06/20/06 LN SEQ: 0001  LN PGM: CELN      OWN: 122962QT-NCT
GUARANTOR: TERI - DTC              CUST ACCT:  LT10   ORIG BAL:   33,149.17
BOND ISSUE: NCT20063  PD AHEAD:    STATUS: ACTIVE    CURR BAL:        0.00


         REV   EFFECTIVE    POSTED     TRAN        TRAN      INTEREST     PRINCIPAL
         REA     DATE        DATE      TYPE       AMOUNT     ACCRUED       BALANCE
  1            12/14/10    12/14/10    1010C     280.00CR    161.52       34,944.47
  2            11/16/10    11/16/10    1010C     260.00CR    167.86       35,062.95
  3            10/18/10    10/18/10    1010C     288.00CR    180.66       35,155.09
  4            09/17/10    09/17/10    1010C     288.00CR    229.59       35,262.43
  5            08/09/10    08/09/10    1010C     288.00CR    165.85       35,320.84
  6            07/12/10    07/12/10    1010C     288.00CR    287.43       35,442.99
  7            05/24/10    05/24/10    1010C     267.56CR    105.35       35,443.56
  8            05/06/10    05/07/10    1010C     288.00CR     93.94       35,605.77
  9            04/20/10    04/20/10    1010C     259.00CR    188.06       35,799.83
 10            03/19/10    03/19/10    1010C     288.00CR    223.72       35,870.77


         SELECTION __


F1=HELP   F3=EXIT   F5=RFR   F7=BKWD   F8=FWD   F9=PRT   F12=CAN
```

```
   ITS2C*****1243;;                  AES/PA          VTAM NAE9          TSX2D
 DATE 08/10/18 17:23:56     LOAN FINANCIAL ACTIVITY         PAGE 13 OF 16


 BORROWER SSN: ***-**-1243  NAME: MEDINA, KRYSTAL A
 1ST DISB: 06/20/06 LN SEQ: 0001  LN PGM: CELN      OWN: 122962QT-NCT
 GUARANTOR: TERI - DTC            CUST ACCT:  LT10  ORIG BAL:   33,149.17
 BOND ISSUE: NCT20063  PD AHEAD:      STATUS: ACTIVE    CURR BAL:       0.00


          REV   EFFECTIVE   POSTED    TRAN       TRAN      INTEREST    PRINCIPAL
          REA     DATE       DATE     TYPE      AMOUNT     ACCRUED      BALANCE
    1           02/09/10   02/10/10   1010C     288.00CR    247.88     35,935.05
    2           12/29/09   12/30/09   1010C     276.00CR    106.76     35,975.17
    3           12/11/09   12/14/09   1010C     280.00CR    148.97     36,144.41
    4           11/16/09   11/16/09   1010C     278.00CR    227.14     36,275.44
    5           10/09/09   10/12/09   1010C     278.00CR    126.39     36,326.30
    6           09/18/09   09/21/09   1010C     330.00CR    254.38     36,477.91
    7           08/07/09   08/10/09   1010C     330.00CR    219.44     36,553.53
    8           07/02/09   07/02/09   1010C     330.00CR    105.74     36,664.09
    9           06/15/09   06/15/09   1010C     328.00CR    163.68     36,888.35
   10           05/20/09   05/21/09   1010C     328.00CR      6.34     37,052.67


            SELECTION __


 F1=HELP  F3=EXIT  F5=RFR  F7=BKWD  F8=FWD  F9=PRT  F12=CAN
```

```
   ITS2C*****1243;;              AES/PA        VTAM NAE9        TSX2D
 DATE 08/10/18 17:23:57    LOAN FINANCIAL ACTIVITY      PAGE 14 OF 16


 BORROWER SSN: ***-**-1243  NAME: MEDINA, KRYSTAL A
 1ST DISB: 06/20/06 LN SEQ: 0001  LN PGM: CELN      OWN: 122962QT-NCT
 GUARANTOR: TERI - DTC           CUST ACCT:   LT10  ORIG BAL:  33,149.17
 BOND ISSUE: NCT20063   PD AHEAD:     STATUS: ACTIVE     CURR BAL:      0.00


        REV    EFFECTIVE   POSTED     TRAN       TRAN      INTEREST      PRINCIPAL
        REA      DATE       DATE      TYPE      AMOUNT     ACCRUED        BALANCE
   1            05/19/09              2601A       5.00       292.04      37,077.29
   2            04/03/09   04/06/09   1010C     330.00CR      88.48      37,077.29
   3            03/20/09   03/20/09   1010C     330.00CR     265.87      37,318.81
   4            02/06/09   02/09/09   1010C     329.29CR     212.56      37,382.94
   5            01/09/09   01/09/09   1010C     329.29CR     208.25      37,499.67
   6            12/15/08   12/15/08   1010C     329.29CR     397.74      37,552.26
   7            11/03/08   11/03/08   1010C     329.29CR     240.24      37,552.26
   8            10/06/08   10/06/08   1010C     415.24CR     330.19      37,641.31
   9            08/28/08   08/28/08   1010C     415.24CR     246.51      37,726.36
  10            07/30/08   07/31/08   1010C     415.24CR     239.12      37,895.09


           SELECTION __


 F1=HELP  F3=EXIT  F5=RFR  F7=BKWD  F8=FWD  F9=PRT  F12=CAN
```

```
   ITS2C*****1243;;              AES/PA         VTAM NAE9        TSX2D
 DATE 08/10/18 17:23:57    LOAN FINANCIAL ACTIVITY        PAGE 15 OF 16


 BORROWER SSN: ***-**-1243  NAME: MEDINA, KRYSTAL A
 1ST DISB: 06/20/06 LN SEQ: 0001  LN PGM: CELN     OWN: 122962QT-NCT
 GUARANTOR: TERI - DTC            CUST ACCT:  LT10  ORIG BAL:  33,149.17
 BOND ISSUE: NCT20063   PD AHEAD:     STATUS: ACTIVE    CURR BAL:      0.00


        REV   EFFECTIVE   POSTED     TRAN       TRAN      INTEREST     PRINCIPAL
        REA     DATE       DATE      TYPE      AMOUNT     ACCRUED       BALANCE
   1          07/02/08   07/02/08   1010C     415.24CR    267.49       38,071.21
   2          06/02/08   06/03/08   1010C     415.24CR    274.64       38,218.96
   3          05/02/08   05/02/08   1010C     415.24CR    353.22       38,359.56
   4          03/25/08   03/25/08   1010C     415.24CR    279.20       38,421.58
   5          02/25/08   02/25/08   1010C     295.72CR    307.90       38,545.44
   6          01/28/08   01/28/08   1010C     475.00CR    302.27       38,545.44
   7          01/02/08   01/02/08   1010C     475.00CR    356.67       38,718.17
   8          12/01/07   12/03/07   7001A       0.00      713.59       38,836.50
   9          10/01/07   10/01/07   7001A       0.00    1,034.84       38,122.91
  10          07/01/07   07/02/07   7001A       0.00      996.10       37,088.07


           SELECTION __


 F1=HELP   F3=EXIT   F5=RFR   F7=BKWD   F8=FWD   F9=PRT   F12=CAN
```

```
   ITS2C*****1243;;                  AES/PA          VTAM NAE9          TSX2D
 DATE 08/10/18 17:23:58      LOAN FINANCIAL ACTIVITY           PAGE 16 OF 16


 BORROWER SSN: ***-**-1243  NAME: MEDINA, KRYSTAL A
 1ST DISB: 06/20/06 LN SEQ: 0001  LN PGM: CELN      OWN: 122962QT-NCT
 GUARANTOR: TERI - DTC             CUST ACCT:  LT10  ORIG BAL:    33,149.17
 BOND ISSUE: NCT20063   PD AHEAD:      STATUS: ACTIVE     CURR BAL:        0.00


        REV   EFFECTIVE   POSTED      TRAN       TRAN       INTEREST      PRINCIPAL
        REA     DATE       DATE       TYPE      AMOUNT      ACCRUED        BALANCE
   1          04/01/07   04/02/07    7001A        0.00       959.85       36,091.97
   2          01/01/07   01/02/07    7001A        0.00       953.94       35,132.12
   3          10/01/06   10/02/06    7001A        0.00        30.35       34,178.18
   4          09/28/06   09/28/06    0390A    34,147.83        0.00       33,149.17
   5          09/28/06   09/28/06    0395A    34,147.83CR    998.66            0.00
   6          06/20/06   06/22/06    0101A    33,149.17        0.00       33,149.17
   7
   8
   9
  10


            SELECTION __


 F1=HELP   F3=EXIT   F5=RFR   F7=BKWD   F8=FWD   F9=PRT   F12=CAN
```