# Loan Payment History Report
## Date: 2019-07-19

| | | | |
|---|---|---|---|
| Account Number: | ███████-001-PHEA | | |
| Social Security Number: | ███1243 | Product: | |
| Name: | MEDINA, KRYSTAL A | Officer Code: | 777063 |
| Birth Date: | ██████ | School: | LE CORDON BLEU COLLEGE OF CULINARY ARTS |
| Address 1: | 1930 S COAST | Program Year: | 200607 |
| Address 2: | | | |
| City: | OCEANSIDE | Variable Rate Code: | F3 MONTHLY LIBOR |
| State: | CA | Interest Rate: | 8.19% |
| Zip Code: | 92054-6466 | | |
| Cosigner Name: | SHIRLEY, RONNIE L | | |
| Social Security Number: | ███████ | | |
| Address 1: | 6030 FLIPPER DR | | |
| Address 2: | | | |
| City: | SAN DIEGO | | |
| State: | CA | | |
| Zip Code: | 92114-5510 | | |
| | | Last Payment Date: | 2017-12-28 |
| | | Last Payment Amount: | $290.00 |
| Contract Date: | 2006-06-20 | Last Interest Date: | 2019-07-19 |
| Vendor Placement Date: | 2019-07-05 | Accrued Interest: | $2,007.49 |
| Charge Off Date: | 2018-08-01 | Recovered Interest: | $0.00 |
| Charge Off Amount: | $25,727.60 | Net Interest: | $2,007.49 |
| Recovered Principal: | $0.00 | Associated Costs: | $0.00 |
| Current Principal: | $25,727.60 | Recovered Costs: | $0.00 |
| Disbursement Date: | 2006-06-20 | Net Costs: | $0.00 |
| Disbursement Amount: | $33,149.17 | | |

## Transaction History

| | | | | | |
|---|---|---|---|---|---|
| System | 2018-08-31 | 00:01 | 82 | $25,727.60 @ 7.840 / 08/06/2018 - 08/31/2018 | $165.78 |
| System | 2018-09-01 | 00:01 | 82 | $25,727.60 @ 7.840 / 08/31/2018 - 09/01/2018 | $5.53 |
| System | 2018-09-30 | 00:01 | 82 | $25,727.60 @ 7.830 / 09/01/2018 - 09/30/2018 | $160.05 |
| System | 2018-10-01 | 00:01 | 82 | $25,727.60 @ 7.830 / 09/30/2018 - 10/01/2018 | $5.52 |
| System | 2018-10-31 | 00:01 | 82 | $25,727.60 @ 7.860 / 10/01/2018 - 10/31/2018 | $166.21 |
| System | 2018-11-01 | 00:01 | 82 | $25,727.60 @ 7.860 / 10/31/2018 - 11/01/2018 | $5.54 |
| System | 2018-11-30 | 00:01 | 82 | $25,727.60 @ 8.010 / 11/01/2018 - 11/30/2018 | $163.73 |
| System | 2018-12-01 | 00:01 | 82 | $25,727.60 @ 8.010 / 11/30/2018 - 12/01/2018 | $5.65 |
| System | 2018-12-31 | 00:01 | 82 | $25,727.60 @ 8.060 / 12/01/2018 - 12/31/2018 | $170.44 |
| System | 2019-01-01 | 00:01 | 82 | $25,727.60 @ 8.060 / 12/31/2018 - 01/01/2019 | $5.68 |

**EXHIBIT "A-3"**

| | | | | | |
|---|---|---|---|---|---|
| System | 2019-01-31 | 00:01 | 82 | $25,727.60 @ 8.100 / 01/01/2019 - 01/31/2019 | $171.28 |
| System | 2019-02-01 | 00:01 | 82 | $25,727.60 @ 8.100 / 01/31/2019 - 02/01/2019 | $5.71 |
| System | 2019-02-06 | 00:01 | 82 | $25,727.60 @ 8.270 / 02/01/2019 - 02/06/2019 | $29.15 |
| System | 2019-02-28 | 00:01 | 82 | $25,727.60 @ 8.270 / 02/06/2019 - 02/28/2019 | $128.24 |
| System | 2019-03-01 | 00:01 | 82 | $25,727.60 @ 8.270 / 02/28/2019 - 03/01/2019 | $5.83 |
| System | 2019-03-31 | 00:01 | 82 | $25,727.60 @ 8.260 / 03/01/2019 - 03/31/2019 | $174.67 |
| System | 2019-04-01 | 00:01 | 82 | $25,727.60 @ 8.260 / 03/31/2019 - 04/01/2019 | $5.82 |
| System | 2019-04-30 | 00:01 | 82 | $25,727.60 @ 8.240 / 04/01/2019 - 04/30/2019 | $168.43 |
| System | 2019-05-01 | 00:01 | 82 | $25,727.60 @ 8.240 / 04/30/2019 - 05/01/2019 | $5.81 |
| System | 2019-05-31 | 00:01 | 82 | $25,727.60 @ 8.250 / 05/01/2019 - 05/31/2019 | $174.45 |
| System | 2019-06-01 | 00:01 | 82 | $25,727.60 @ 8.250 / 05/31/2019 - 06/01/2019 | $5.82 |
| System | 2019-06-30 | 00:01 | 82 | $25,727.60 @ 8.240 / 06/01/2019 - 06/30/2019 | $168.43 |
| System | 2019-07-01 | 00:01 | 82 | $25,727.60 @ 8.240 / 06/30/2019 - 07/01/2019 | $5.81 |
| System | 2019-07-05 | 00:01 | 82 | $25,727.60 @ 8.190 / 07/01/2019 - 07/05/2019 | $23.09 |
| System | 2019-07-19 | 00:01 | 82 | $25,727.60 @ 8.190 / 07/05/2019 - 07/19/2019 | $80.82 |