## Bank One of Columbus, National Association (FDIC # 6559)

Inactive as of November 13, 2004

Merged or acquired without government assistance

Data as of: January 1, 2020

Bank One of Columbus, National Association is no longer doing business under that name because it has been merged or acquired without government assistance. See the successor institution, JPMorgan Chase Bank, National Association (FDIC # 628)

| | |
|---|---|
| **FDIC Certificate#:** | 6559 |
| **Headquarters:** | 100 East Broad Street<br>Columbus, OH 43240<br>Franklin County |
| **Established:** | January 1, 1868 |
| **Insured:** | January 1, 1934 |
| **Bank Charter Class:** | National Bank |

**Contact the FDIC about:**
Bank One of Columbus, National Association or JPMorgan Chase Bank, National Association

Locations | History | Identifications | Financials | Other Names / Websites

Showing 1 to 11 of 11 entries (filtered from 41 total entries)

| Date | Event |
|---|---|
| 1/1/1868 | Institution established. Original name: The City National Bank & Trust Company of Columbus (6559) |
| 10/22/1979 | Changed name to Bank One of Columbus, N.A. (6559) |
| 5/1/1982 | Changed name to Bank One of Columbus, National Association (6559) |
| 7/1/1983 | Changed name to Bank One, Columbus, National Association (6559) |
| 5/17/1997 | Changed name to Bank One, National Association (6559) |
| 11/13/2004 | Merged into and subsequently operated as part of JPMorgan Chase Bank, National Association (628) in COLUMBUS, OH |
| 11/13/2004 | Changed name to JPMorgan Chase Bank, National Association (628) |
| 11/13/2004 | Changed institution class to INSURED COMMERCIAL BANK, NATIONAL, MEMBER FRS |
| 5/1/2011 | Reorganized. |
| 6/1/2011 | Reorganized. |
| 10/1/2011 | Reorganized |

Information as of: January 2, 2020

**EXHIBIT "G"**