SCOTT S. WELTMAN, ESQ.
(State Bar No. 145215)
colcaecf@weltman.com
**Weltman, Weinberg & Reis Co., L.P.A.**
323 W. Lakeside Avenue, Suite 200
Cleveland, OH 44113
Telephone:  (216) 685-1032
Facsimile:   (216) 363-4086
WWR# 040284515
Attorney for Defendants,
National Collegiate Student Loan Trust 2006-3

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA (SAN DIEGO)

| | |
|---|---|
| In re | Bankruptcy Case No. 17-05276-LT |
| Cesar Medina and Krystal Anne Medina, | Chapter 7 |
| Debtors. | Honorable Chief Judge Laura S. Taylor |
| Krystal Anne Medina, | Adversary Proceeding No. 19-90065-LT |
| Plaintiff. | |
| vs. | **EX PARTE MOTION TO FILE DOCUMENT UNDER SEAL** |
| National Collegiate Student Loan Trust 2006-3, | |
| Defendant. | |

Now comes Defendant, National Collegiate Student Loan Trust 2006-3 ("NCSLT"), by and through counsel, and hereby requests an order allowing it to file a confidential document under seal. For its motion NCSLT provides as follows:

  1.  NCSLT filed a Motion for Summary Judgment on January 9, 2019.

  2.  Within its Motion for Summary Judgment NCSLT filed a redacted "AMENDED AND RESTATED GUARANTY AGREEMENT BETWEEN THE EDUCATION RESOURCES INSTITUTE, INC. AND BANK ONE, NATIONAL ASSOCIATION" as Exhibit B. This document was filed with the Securities and Exchange Commission as a public document.

3. The publically filed document with the Securities and Exchange Commission did not contain various schedules as they are deemed proprietary and confidential.

4. NCSLT would like to file this confidential document under seal and as part of its Exhibit B as identified in its Motion for Summary Judgment.

5. Bankruptcy Code 11 U.S.C. § 107 states:

(a) Except as provided in subsections (b) and (c) of this section and subject to section 112, a paper filed in a case under this title and the dockets of a bankruptcy court are public records and open to examination by an entity at reasonable times without charge.

(b) On request of a party in interest, the bankruptcy court shall, and on the bankruptcy court's own motion, the bankruptcy court may-- (1) protect an entity with respect to a trade secret or confidential research, development, or commercial information; or (2) protect a person with respect to scandalous or defamatory matter contained in a paper filed in a case under this title.

6. Federal Rules of Bankruptcy Procedure Rule 9018 also provides that "[o]n motion or its own initiative, with or without notice, the court may make any order which justice requires (1) to protect the estate or any entity in respect of a trade secret or other confidential research, development, or commercial information …"

7. This motion is being brought pursuant to Southern District of California local rule 9013-3(f) which provides that motions and applications not requiring notice include "Motion under FRBP 9018 to file Document under seal, except that service on the U.S. Trustee is required…"

8. For the foregoing reasons, NCSLT requests that its motion to file Exhibit B containing the proprietary and confidential information under seal be granted.

Respectfully Submitted,

Weltman, Weinberg & Reis Co., L.P.A.

Dated: January 9, 2020

/s/ Scott S. Weltman
SCOTT S. WELTMAN, ESQ. (SBN 145215)