CSD 3010 [07/01/18]
Name, Address, Telephone No. & I.D. No.

Christopher R. Bush 243471
Law Office of Chris Bush
2727 Camino del Rio S., Ste 135
San Diego, CA 92108
(619) 678-1134
chris@chrisbushlaw.com

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re KRYSTAL ANNE MEDINA

Debtor.

BANKRUPTCY NO. 17-05276-LT7

KRYSTAL ANNE MEDINA

Plaintiff(s)

ADVERSARY NO. 19-90065-LT

v.
NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-3

Defendant(s)

# PROOF OF SERVICE

I, Christopher R. Bush, am a resident of the State of California, over the age of 18 years, and not a party to this action.

On 3/2020, I served the following documents:
Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment
Evidentiary Objections to Defendant's Motion for Summary Judgment
Declaration of Austin Smith
Exhibits 1 - 9

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On 1/23/2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

Holly Nolan on behalf of Defendant National Collegiate Student Loan Trust 2006-3: holly@sglwlaw.com

Scott Weltman on behalf of Defendant National Collegiate Student Loan Trust 2006-3: sweltman@weltman.com, colcaecf@weltman.com

☐ Chapter 7 Trustee:

| ☐ For Chpt. 7, 11, & 12 cases: | ☐ For ODD numbered Chapter 13 cases: | ☐ For EVEN numbered Chapter 13 cases: |
|---|---|---|
| UNITED STATES TRUSTEE<br>ustp.region15@usdoj.gov | THOMAS H. BILLINGSLEA, JR., TRUSTEE<br>Billingslea@thb.coxatwork.com | DAVID L. SKELTON, TRUSTEE<br>admin@ch13.sdcoxmail.com<br>dskelton13@ecf.epiqsystems.com |

CSD 3010

CSD 3010 [07/01/18] (Page 2)

2. **Served by United States Mail**:

On _____ , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on    1/23/2020                         /s/ Christopher R. Bush
               (Date)                            (Typed Name and Signature)

                                                 2727 Camino del Rio S., Ste 135
                                                 (Address)

                                                 San Diego, CA 92108
                                                 (City, State, ZIP Code)

CSD 3010