Christopher R. Bush CS SBN 243471
The Law Office of Chris Bush
2727 Camino del Rio South, Suite 135
San Diego, CA  92108
Tel. (619) 678-1134
chris@chrisbushlaw.com

Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA**

| KRYSTAL ANNE MEDINA,<br><br>Debtor.<br><br>KRYSTAL ANNE MEDINA<br><br>Plaintiff<br><br>v.<br><br>National Collegiate Student Loan Trust 2006-3<br><br>Defendant | Case No.: 17-05276-LT7<br><br>Adv. No.: 19-90065-LT<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANT'S EX PARTE APPLICATION TO CONTINUE**<br><br>Date: February 6, 2020<br>Time: 11:00 AM<br>Dept.: 3 |
|---|---|

    Plaintiff, Krystal Anne Medina, hereby files this Response to Defendant's Ex Parte Application to Continue, filed at Docket 30, as follows.

    Counsel for Plaintiff apologizes to Counsel for Defendant and the Court for his inability to meaningfully respond to the request for a stipulation. Counsel was out of town, with limited ability to communicate, from 10:00 AM January 23 to approximately midnight January 26, and other urgent personal and professional matters required attention.

/ / /

/ / /

/ / /

Plaintiff is informed and believes that Defendant NCSLT has been in possession of all exhibits and information contained in Plaintiff's Opposition as a result of the litigation in *Mata v. National Collegiate Student Loan Trust* 2006-1, et al. Bankr. CD Cal. 18-ap-01089. As a result, Plaintiff is somewhat skeptical of Defendant's claim that it would be "practically impossible… to analyze and respond to the Opposition within the time to do so per code."

Plaintiff previously agreed to a 2 month extension requested by Defendant for the preparation of Defendant's Summary Judgment Motion (See Docket 20). Defendant's further request for an additional *six week* extension to respond is excessive and should be denied. To the extent that the Court is inclined to grant an extension to Defendant, Plaintiff requests permission to respond, and an identical amount of time to prepare said response, per Local Rule 9013-6(c).

Plaintiff requests that discovery deadlines be extended commensurate with any continued hearing on this matter.

Date:   1/28/2020             /s/ Christopher R. Bush
                              Christopher R. Bush, Attorney for Plaintiff