TENTATIVE RULING

ISSUED BY JUDGE LAURA S. TAYLOR

Adversary Case Name:   KRYSTAL ANNE MEDINA v. NATIONAL COLLEGIATE STUDENT LOAN TRUST 2

Adversary Number:   19-90065

Case Number:   17-05276-LT7

Hearing:   10:00 AM  Wednesday, March 11, 2020

Motion:   PRE-TRIAL STATUS CONFERENCE (fr 12/4/19)

Hear as to status.