TENTATIVE RULING

ISSUED BY JUDGE LAURA S. TAYLOR

Adversary Case Name:    KRYSTAL ANNE MEDINA v. NATIONAL COLLEGIATE STUDENT LOAN TRUST 2

Adversary Number:    19-90065

Case Number:    17-05276-LT7

Hearing:    10:00 AM  Wednesday, June 3, 2020

Motion:    MOTION TO STRIKE DECLARATION OF PROFESSOR JOHN BROOKS II FILED ON BEHALF OF NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-3

This Motion is denied without prejudice as moot.  The Court will either deny Defendant's motion for summary judgment without prejudice, or, in the alternative, honor the parties' agreement to allow redrafting by Defendant and amended response by the Plaintiff.  Therefore, the Court will deny this motion without prejudice.  The matter will be taken off calendar and appearances will be excused.