# TENTATIVE RULING

## ISSUED BY JUDGE LAURA S. TAYLOR

Adversary Case Name:    KRYSTAL ANNE MEDINA v. NATIONAL COLLEGIATE STUDENT LOAN TRUST 2

Adversary Number: 19-90065

Case Number:            17-05276-LT7

Hearing:            10:00 AM  Wednesday, June 3, 2020

Motion:    PRE-TRIAL STATUS CONFERENCE (fr 3/11/20)

Off calendar.  Continued to August 5, 2020 at 10:00 a.m. by stipulation and court order.  See Dkt. # 57.