# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

# Minute Order

### Hearing Information:

      **ADV:** 19-90065

      **KRYSTAL ANNE MEDINA VS NATIONAL COLLEGIATE STUDENT LOAN TRUST 2**

| | |
|---|---|
| **Debtor:** | CESAR & KRYSTAL ANNE MEDINA |
| **Case Number:** | 17-05276-LT7    **Chapter:** 7 |
| **Date / Time / Room:** | WEDNESDAY, JUNE 03, 2020 10:00 AM   DEPARTMENT 3 |
| **Bankruptcy Judge:** | LAURA S. TAYLOR |
| **Courtroom Clerk:** | RUSSELL PALUSO |
| **Reporter / ECR:** | SUE ROSS |

### Matters:

1) PRE-TRIAL STATUS CONFERENCE (fr 3/11/20)

2) MOTION TO STRIKE DECLARATION OF PROFESSOR JOHN BROOKS II FILED ON BEHALF OF NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-3

3) MOTION FOR SUMMARY JUDGMENT FILED ON BEHALF OF NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-3 (fr 3/11/20)

### Appearances:

    CHRISTOPHER R. BUSH, ATTORNEY FOR KRYSTAL ANNE MEDINA (telephonically)
    AUSTIN SMITH, CO- COUNSEL FOR KRYSTAL ANNE MEDINA (telephonically)
    HOLLY NOLAN, ATTORNEY FOR NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-3 (telephonically)

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

# Minute Order

(continue).. 17-05276-LT7           WEDNESDAY, JUNE 03, 2020 10:00 AM

## Disposition:

1) Continued to 8/5/20 at 10:00 a.m. pursuant to the Court's Tentative Ruling.

2) Denied without prejudice as moot pursuant to the Court's Tentative Ruling and as set forth on the record.

3) Denied without prejudice pursuant to the Court's Tentative Ruling and as set forth on the record. Minute Order to suffice.

Renewed motion for summary judgment to be filed by 6/24/20. Any opposition to be filed by 7/8/20. Any replies to be filed by 7/15/20. Parties may notice for hearing regarding the motion for summary judgment for 8/5/20 at 10:00 a.m. as set forth on the record.

New Discovery cut-off for all-purposes set as 10/5/20.

Amended Scheduling Order to be entered by the Court.