Order Entered on
June 4, 2020
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

| In re: | |
|---|---|
| KRYSTAL ANNE MEDINA, Debtor. | BANKRUPTCY NO. 17-05276-LT7 |
| KRYSTAL ANNE MEDINA, Plaintiff. | ADVERSARY NO. 19-90065-LT |
| v.<br><br>NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-3,<br><br>Defendant, | Date of Hearing: June 3, 2020<br>Time of Hearing: 10:00 a.m.<br>Name of Judge: Laura S. Taylor<br><br>Continued Hearing:<br>Date of Hearing: August 5, 2020<br>Time of Hearing: 10:00 a.m. |

## SCHEDULING ORDER AFTER PRE-TRIAL STATUS CONFERENCE

Related Motion/Order Docket Entry No. 61

IT IS HEREBY ORDERED as set forth on the continuation page(s) attached, numbered two (2) through two (2).

DATED:  June 4, 2020

_____
Judge, United States Bankruptcy Court

Debtor: KRYSTAL ANNE MEDINA,    Bankruptcy No. 17-05276-LT7
KRYSTAL ANNE MEDINA v. NATIONAL COLLEGIATE
STUDENT LOAN TRUST 2006-3    Adversary No. 19-90065-LT

On June 3, 2020, the Court held a Pre-Trial Status Conference. Appearances were made as stated on the record.

Pursuant to discussions regarding the status of the pending litigation,

IT IS HEREBY ORDERED that:

1. The next Pre-Trial Status Conference in this matter will be held in this Department on **August 5, 2020 at 10:00 a.m.**;

2. Counsel for all parties must appear; and

3. Deadlines in this matter are as follows:

    (a)    The discovery cutoff date is hereby continued from **June 15, 2020 to October 5, 2020**;

    (b)    Renewed motion for summary judgment to be filed by: **June 24, 2020**;

    (c)    Any opposition to be filed by: **July 8, 2020**; and

    (d)    Any replies to be filed by: **July 15, 2020.**

The summary judgment motion will be heard on **August 5, 2020** at 10:00 a.m. as set forth on the record.

In the event the parties fail to abide by the above requirements and deadlines, the Court, in its discretion, may issue an Order to Show Cause regarding dismissal or other appropriate sanction.

Signed by Judge Laura Stuart Taylor June 4, 2020