TENTATIVE RULING

ISSUED BY JUDGE LAURA S. TAYLOR

Adversary Case Name:    KRYSTAL ANNE MEDINA v. NATIONAL COLLEGIATE STUDENT LOAN TRUST 2

Adversary Number:        19-90065

Case Number:                17-05276-LT7

Hearing:                           10:00 AM  Wednesday, August 5, 2020

Motion:        PRE-TRIAL STATUS CONFERENCE (fr 6/3/20)

Hear as to status and in connection with pending motion for summary judgment.

Given the current public health emergency, all hearings will be by VIDEO CONFERENCE.  Personal attendance at the August 5, 2020, hearing in this matter is therefore excused.  All interested parties are to appear by video. The public may freely monitor by telephone.  Please contact the courtroom deputy at 619-557-5157 to make the necessary arrangements.