# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

**ADV:** 19-90065

**KRYSTAL ANNE MEDINA VS NATIONAL COLLEGIATE STUDENT LOAN TRUST 2**

**Debtor:** CESAR & KRYSTAL ANNE MEDINA
**Case Number:** 17-05276-LT7    **Chapter:** 7
**Date / Time / Room:** WEDNESDAY, AUGUST 05, 2020 10:00 AM    DEPARTMENT 3
**Bankruptcy Judge:** LAURA S. TAYLOR
**Courtroom Clerk:** RUSSELL PALUSO
**Reporter / ECR:** AMANDA LEGORE

### Matters:

1) PRE-TRIAL STATUS CONFERENCE (fr 6/3/20)

2) MOTION FOR SUMMARY JUDGMENT FILED ON BEHALF OF NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-3

3) PLAINTIFF'S EVIDENTIARY OBJECTIONS WITH RESPECT TO MOTION FOR SUMMARY JUDGMENT FILED ON BEHALF OF NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-3

4) DEFENDANT'S EVIDENTIARY OBJECTIONS WITH RESPECT TO MOTION FOR SUMMARY JUDGMENT FILED ON BEHALF OF NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-3

### Appearances:

CHRISTOPHER R. BUSH, ATTORNEY FOR KRYSTAL ANNE MEDINA (video)
AUSTIN SMITH, CO-COUNSEL FOR KRYSTAL ANNE MEDINA (video)
HOLLY NOLAN, ATTORNEY FOR NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-3 (video)

### Disposition:

1) Off calendar as resolved by summary judgment as set forth on the record.

2) Granted pursuant to the Court's Tentative Ruling and as set forth on the record. Order with appropriate findings of facts and conclusion of law to be submitted by Ms. Nolan as directed by the Court.

3) Off calendar as resolved by summary judgment as set forth on the record.

4) Off calendar as resolved by summary judgment as set forth on the record.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
# Minute Order