NTF
Rev. 12/15

# United States Bankruptcy Court
## Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 9:00am–4:00pm Monday–Friday

| | |
|---|---|
| Cesar Medina and Krystal Anne Medina <br><br> Debtor(s) | BANKRUPTCY NO.  17–05276–LT7 |
| Krystal Anne Medina <br><br> Plaintiff(s) | ADVERSARY NO.  19–90065–LT |
| v. <br><br> National Collegiate Student Loan Trust 2006–3 <br><br> Defendant(s) | |

### Notice To Filer Of Errors And/Or Deficiencies in Documents

Document Number **78** and/or Claim Number    filed on: **8/19/20**    Title of Document: **Notice of Lodgment of Order with Service.**

Pursuant to the Federal Rules of Bankruptcy Procedures, Local Bankruptcy Rules and Administrative Procedures 1.12 Correcting Filing or Docket Errors, the following errors or deficiencies have been found with your filed document:

<u>**Service was not completed on:**</u>

☐ Debtor          ☐ Attorney          ☐ Trustee          ☐ U.S. Trustee

<u>**ACTION TAKEN BY COURT**</u>
☐ Atty/Debtor/Movant contacted on                    via ☐ Tel/Voice Mail          ☐ Email ☐ Mail or Other

<u>**ACTION REQUIRED BY FILER**</u>
**Amended document MUST BE FILED and RE–SERVED if applicable**

<u>**OTHER: Enter reason for POC here**</u>  **In this court we only lodge orders. There is no order attached. Please refile this document or place it under a different doctype.**

Dated: 8/19/20

Michael Williams
Clerk of the Bankruptcy Court