CSD417A (Adv.)[12/1/18]
Name, Address, Telephone No. & I.D. No.

Christopher Bush
LAW OFFICE OF CHRIS BUSH
2727 Camino del Rio S., Ste 135
San Diego, CA 92108

# UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| In Re<br>CESAR MEDINA, KRYSTAL ANNE MEDINA,    Debtor | BANKRUPTCY NO. 17-05276-LT |
|---|---|
| KRYSTAL ANNE MEDINA,<br><br>Plaintiff(s) | ADVERSARY NO.  19-90065-LT |
| v.<br>NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-3;    Defendant(s) | |

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s):

   KRYSTAL ANNE MEDINA

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.

   ☑ Plaintiff
   ☐ Defendant
   ☐ Other (describe)

   For appeals in a bankruptcy case and not in an adversary proceeding.

   ☐ Debtor
   ☐ Creditor
   ☐ Trustee
   ☐ Other (describe)

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from:   Order granting summary judgment to Defendant

2. State the date on which the judgment, order, or decree was entered:   Sept 10, 2020

CSD417A (Adv)

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone Numbers of their attorneys (attach additional pages if necessary):

1. Party: Krystal Anne Medina    Attorney: Chris Bush
   2727 Camino del Rio S., Ste 135
   San Diego, CA 92108

2. Party: National Collegiate Student Loan Tr    Attorney: Holly Nolan
   11682 El Camino Real
   Suite 250
   San Diego, CA 92130
   858-793-8500

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. §158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☑ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

/s/ Christopher R. Bush    Date: 9/24/2020

Signature of attorney for appellant(s) (or appellant(s)
If not represented by an attorney)

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney)

2727 Camino del Rio S., Ste 135
San Diego, CA 92108
(619) 678-1134

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

**[Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

CSD417A (Adv)